UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-03082-SSS (AGRx) | Date | September 14, 2022 |
| Title | Dennis Herrera v. Signature Flight Support, LLC | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:** **SCHEDULING ORDER REGARDING THE PARTIES' JOINT 26(f) REPORT [DKT. 24] AND CLASS CERTIFICATION MOTION AND HEARING DEADLINES (IN CHAMBERS)**

The Court has reviewed the Parties' Joint Rule 26(f) Report and Discovery Plan [Dkt. 24]. The Court sets the deadlines below for Plaintiff's Motion for Class Certification and will set a case management conference regarding the remaining deadlines after the Court decides Plaintiff's Class Certification Motion.

| Event | Deadline |
|---|---|
| Deadline to Complete Class Certification Discovery | 05/12/2023 |
| Deadline to File Motion for Class Certification | 06/09/2023 |
| Deadline to File Opposition to Motion for Class Certification | 07/07/2023 |
| Deadline to File Reply to Motion for Class Certification | 08/04/2023 |
| Class Certification Hearing | 09/01/2023, at 2:00 p.m. |

  The Parties are reminded that all merits discovery is stayed until further order of the Court, and the only discovery permitted is discovery related to Class Certification. [*See* Dkt. 20 at 15]. The Parties are directed to refer to the Court's Civil Standing Order for more information. [*Id.*]

  **IT IS SO ORDERED.**