Jamie K. Serb, Esq. (SBN 289601)
jamie@crosnerlegal.com
Sepideh Ardestani, Esq. (SBN 274259)
sepideh@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff
DENNIS HERRERA

David L. Cheng (SBN 240926)
*dcheng@fordharrison.com*
**FORD & HARRISON LLP**
350 South Grand Avenue
Suite 2300
Los Angeles, CA  90071
Telephone:   213-237-2400
Facsimile:    213-237-2401

Attorneys for Defendant
SIGNATURE FLIGHT SUPPORT LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS HERRERA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company; and DOES 1 to 100, inclusive<br><br>Defendants. | CASE NO. 2:22-cv-03082 SSS (AGRx)<br><br>[Assigned to Judge Sunshine S. Sykes Magistrate Judge Alicia G. Rosenberg]<br><br>**STIPULATION OF DISMISSAL (Fed. R. Civ. Proc. 41(a)(1)(A)(ii))** |

STIPULATION OF DISMISSAL
(Fed. R. Civ. Proc. 41(a)(1)(A)(ii))

IT IS HEREBY STIPULATED, by and between Plaintiff DENNIS HERRERA ("Plaintiff") and Defendant SIGNATURE FLIGHT SUPPORT LLC ("Defendant") (together "the Parties"), through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Action is hereby dismissed with prejudice. Each side shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: January 9, 2026         **CROSNER LEGAL, P.C.**

                               By: /s/ *Sepideh Ardestani*
                                   JAMIE K. SERB
                                   SEPIDEH ARDESTANI

                               *Attorneys for Plaintiff* DENNIS HERRERA

Dated: January 9, 2026         **BAKER & HOSTETLER LLP**

                               By: /s/ *David L. Cheng*
                                   DAVID L CHENG

                               *Attorneys for Defendant*
                               SIGNATURE FLIGHT SUPPORT LLC

- 1 -
STIPULATION OF DISMISSAL
(Fed. R. Civ. Proc. 41(a)(1)(A)(ii))

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

/s/ *Sepideh Ardestani*
Sepideh Ardestani